UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD SPRINGMAN,

     Plaintiff,

v.                            CASE NO.: 8:10-cv-701-T-23TBM

CITY OF VENICE, et al.,

     Defendants.

_____/

## ORDER

On July 7, 2010, the defendants moved (Doc. 5) to dismiss.  Pursuant to Rule 15(a), Federal Rules of Civil Procedure, the plaintiff filed (Doc. 9) an amended complaint on July 28, 2010.  A July 29, 2010, order (Doc. 11) denies as moot the motion to dismiss.  The defendants move (Doc. 12) to dismiss the amended complaint.  More than seventeen days has passed and the plaintiff fails to respond.[1]  Accordingly, the motion (Doc. 12) is **GRANTED** as unopposed.  The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on August 31, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[1] This is the second of the plaintiff's actions in this court against the defendants.  In the first action, Case No. 8:09-cv-1901-T-23AEP, the defendants moved to dismiss (Docs. 6 & 8), and the plaintiff failed to timely respond.  A November 25, 2009, order (Doc. 10) granted as unopposed the defendants' motion, dismissed the action, and closed the case.  A December 11, 2009, order denies the plaintiff's motion for reconsideration.  Accordingly, the plaintiff has received ample notice of the deadline for responding to a motion and yet repeatedly fails to comply and diligently prosecute this action in accord with Local Rules 3.01 and 3.10.